Certificate Number: 05781-NJ-DE-041412307

Bankruptcy Case Number: 26-19185

05781-NJ-DE-041412307

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 6, 2026, at 2:22 o'clock AM PDT, Tony Anugweje. completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: September 6, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President